UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| GAITHER HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV608-014 |
| WARDEN STONE, COLLINS, GRUNGE, SANTIAGO, BURNS, WARD, NURSE DAVIS, FREEMAN, LOVE, McCLOUD, CALHOUND, OFFICER SHERY, P.A. SIMPELTON, OFFICER WADE, HENRY, and DANSBY, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On March 6, 2008, plaintiff was ordered to show cause why this case should not be dismissed for his failure to answer certain questions truthfully on his 42 U.S.C. § 1983 civil complaint form. (Doc. 5.) The Court subsequently set April 5, 2008 as the deadline for responding to the show cause order. (Doc. 7.) Because plaintiff did not respond, this case should be **DISMISSED**.

A district court retains the inherent power to police its docket and to enforce its orders. Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Brown v. Tallahassee Police Dept., 2005 F. App'x 802, 802-3 (11th Cir. 2006). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." L.R. 41.1 (b), (c). "[O]nce a pro se IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989). It follows that "[t]hese rules provide for sanctions . . . for failure to comply with court orders," and a pro se litigant "is and should be subject to sanctions like any other litigant." Id.

Plaintiff's disregard of an order of this Court warrants a dismissal of plaintiff's action under Rule 41(b) of the Federal Rules of Civil Procedure. No lesser sanction short of dismissal appears appropriate

given plaintiff's lack of interest in prosecuting this case. <u>Mingo</u>, 864 F.2d at 102; <u>Goforth v. Owens</u>, 766 F.2d 1533, 1534 (11th Cir. 1985).

**SO REPORTED AND RECOMMENDED** this 14Th day of April, 2008.

/s/ *Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA