UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| GAITHER HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV608-014 |
| WARDEN STONE, COLLINS, GRUNGE, SANTIAGO, BURNS, WARD, NURSE DAVIS, FREEMAN, LOVE, McCLOUD, CALHOUND, OFFICER SHERY, P.A. SIMPELTON, OFFICER WADE, HENRY, and DANSBY, | ) |
| Defendants. | ) |

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 5 day of May, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA